COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER OF REINSTATEMENT

Appellate case name:          Mack Watson, Jr. v. The State of Texas

Appellate case number:        01-21-00281-CR

Trial court case number:      1520070

Trial court:                  263rd District Court of Harris County

A jury convicted appellant, Mack Watson, Jr., of the offense of murder, and assessed his punishment at confinement for forty years. The trial court appointed Andrew J. Smith to represent appellant on appeal. On January 24, 2022, appellant's appointed counsel filed a motion to withdraw as appellant's counsel, stating that he had "been appointed by the Harris County District Court Judges to serve as a Felony Associate Judge" beginning February 1, 2022.

Accordingly, on February 8, 2022, the Court abated this appeal and remanded the case to the trial court to determine whether appellant's appointed counsel, Andrew J. Smith, should be allowed to withdraw from representing appellant on appeal, and if so, the Court further directed the trial court to appoint counsel, at no expense to appellant, to represent him on appeal. *See* TEX. CODE CRIM. PROC. ANN. art. 1.051(a), (c), (d)(1); 26.04(a), (b)(1), (p). On February 14, 2022, the trial court clerk filed a supplemental clerk's record including: (1) an order signed by the trial court granting Andrew J. Smith's motion to withdraw, and (2) an order appointing Mark A. Rubal to represent appellant on appeal.

Accordingly, we **reinstate** the case on the Court's active docket and direct the Clerk of this Court to substitute Mark A. Rubal as appellant's counsel in this appeal. Our records further indicate that prior to this Court's abatement of the appeal, the appellate record was completed. Appellant's brief is therefore due to be filed **within thirty days of the date of this order**.

It is so ORDERED.

Judge's signature: _____/s/ Amparo Guerra_____
                              ☑ Acting individually    ☐ Acting for the Court

Date: ___April 12, 2022____